# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00873-CV

## In re Ocampo Partners, Ltd.; Belco Equities, Inc.; Riverhorse Equities II, Ltd.; and Douglas McDermott as Trustee of the Rudy Belton Management Trust

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relators Ocampo Partners, Ltd.; Belco Equities, Inc.; Riverhorse Equities II, Ltd.; and Douglas McDermott as Trustee of the Rudy Belton Management Trust filed a petition for a writ of mandamus challenging the district court's December 27, 2017 Order Denying Motion to Disqualify Counsel in cause number D-1-GN-17-002572, *John Koren, et al. v. Ocampo Partners, Ltd., et al. See* Tex. R. App. P. 52.1. Relators also filed an Emergency Motion for Temporary Relief requesting a stay pending this Court's consideration of the mandamus because certain discovery responses will be due Monday, January 8, 2018. *See* Tex. R. App. P. 52.10(a).

We grant Relators' Emergency Motion for Temporary Relief and stay the due date for Relators' responses to discovery until Monday, January 22, 2018. *See* Tex. R. App. P. 52.10(b).

The Court requests that Real Parties in Interest file a response to Relators' petition for writ of mandamus on or before Monday, January 8, 2018. *See* Tex. R. App. P. 52.8(b)(1).

It is ordered December 29, 2017.

Before Chief Justice Rose, Justices Pemberton and Goodwin